*Wilson & Bennett*, for defendant.

---

## 9133.  SCRUGGS v. MOREL.

WADE, C. J..  1. The title to the property not being vested in the decedent at the time of his death, it could not be set aside as a year's support for his widow and minor children.

2. There was no reversible error in admitting the evidence objected to; nor is there any merit in the remaining special grounds of the motion for a new trial.    *Judgment affirmed. Jenkins and Luke, JJ., concur.*
DECIDED MARCH 15, 1918.

Appeal; from Effingham superior court—Judge Sheppard.  July 9, 1917.

*Don. H. Clark*, for plaintiff.

*Gignilliat & Gignilliat*, for defendant.